In the Matter of PARK & TILFORD IMPORT CORPORATION, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued October 5, 1938; decided October 25, 1938.

*Max L. Rothenberg* and *Max M. Hirson* for appellants.

*John J. Bennett, Jr., Attorney-General (Edward J. Gretchen* and *Henry Epstein* of counsel), for respondents.

Appeal from order of Appellate Division granting respondents' motion for leave to serve an amended answer dismissed, without costs.

Order of Appellate Division confirming determination of the State Tax Commission affirmed, with costs. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.